UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| EDWARD RONWIN, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1536 CDP |
| | ) | |
| AMEREN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Plaintiff Edward Ronwin has filed a motion for reconsideration, or in the alternative, for leave to amend his complaint. Ronwin has not attached a proposed amended complaint. I will deny this motion. I continue to believe that my earlier ruling is correct. Because Ronwin has not attached his proposed amended complaint, I am unable to determine whether such amendment would be futile. See U.S. ex. rel. Lee v. Fairview Health System, 413 F.3d 748, 749-50 (8th Cir. 2005). Moreover, Ronwin has already had ample opportunity to amend his complaint, and allowing further amendment at this point is not in the interests of justice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Edward Ronwin's motion for reconsideration [#49] is denied. This case will be set for a Rule 16 Conference by separate order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of May, 2008.