UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD RONWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1536 CDP |
| | ) | |
| AMEREN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Edward Ronwin has a motion regarding the Rule 16 conference that is currently set for June 27, 2008 at 10:00 a.m. After reviewing this motion, I will hold the Rule 16 conference on the record via telephone. Ronwin and defense counsel shall call my chambers prior to the date of the hearing and provide the Court with numbers where they can be reached at the date and time of the conference. The conference remains set for June 27, 2008 at 10:00 a.m.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Edward Ronwin's motion for change of date [#55] is granted to the extent that the Rule 16 conference shall be conducted on the record via telephone.

**IT IS FURTHER ORDERED** that Ronwin and defense counsel shall contact my chambers and provide the Court with telephone numbers where they can be reached at the date and time of the Rule 16 conference.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2008.