UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD RONWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1536 CDP |
| | ) | |
| AMEREN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Case Management Order entered on June 27, 2008 set this case for trial on a two-week docket starting April 20, 2009. This case will be reached for trial during the second week of that docket, and will begin on **Monday, April 27, 2009 at 9:00 a.m.** in Courtroom 14 South. The first part of the pretrial will now be due on April 7, 2009, and the second part is now due on April 17, 2009. The parties have requested a pre-trial telephone conference in advance of the trial date. I will grant this request.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion for hearing [#105] is granted, and this case is set for a telephone pre-trial conference on **Thursday, April 16, 2009 at 2:00 p.m.** Defendants' counsel shall be responsible

for placing the call and having all parties on the line before contacting the Court at 314-244-7520.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this <u>17th</u> day of <u>March</u>, 2009.