UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD RONWIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMEREN, )<br>JEFFERY GREEN, )<br>BRYAN VANCE, )<br>GREGORY STONER, and )<br>UNION ELECTRIC COMPANY, )<br>)<br>Defendants. ) | Case No. 4:07CV1536 CDP |

### **JUDGMENT**

In accordance with the previous orders entered in this case and for the reasons stated on the record at the conclusion of the bench trial on Count II,

**IT IS HEREBY ORDERED** that all defendants shall have judgment on plaintiff's complaint, that plaintiff take nothing, and plaintiff's claims are dismissed on the merits, with prejudice. Plaintiff shall bear all taxable costs of this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of April, 2009.